UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SIDNEY MCBRIDE, III**                                    **CIVIL ACTION**

**VERSUS**                                                 **NO. 21-51**

**TOMMY ESCHETE, ET AL.**                                  **SECTION "D" (2)**

## ORDER

The Court, having considered *de novo* Plaintiff Sidney McBride's Complaint,[1] his response to the Magistrate Judge's 1983 Response Order,[2] Plaintiff's Objection,[3] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[4] and the failure of Petitioner's to object to the Report and Recommendation,[5] approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, July 30, 2021.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 6.
[2] R. Doc. 10.
[3] R. Doc. 19.
[4] R. Doc. 21.
[5] Plaintiff had fourteen days in which to file objections to the Magistrate Judge's Report and Recommendation. *See* R. Doc. 22; *see also* 28 U.S.C. § 636(b)(1). Objections were therefore due on or before July 22, 2021. Because of Plaintiff's *pro se* status, the Court waited over an additional week past the July 22, 2021 deadline before adopting the Magistrate Judge's Report and Recommendation.